AE

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV6249
JUDGE BUCKLO
MAG. JUDGE ASHMAN

In the Matter of

GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS
        Plaintiffs,
    v.
WORLD CLASS GLASS CO., an Illinois corporation, and RICHARD MORRISON, Individually,
        Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) DONALD D. SCHWARTZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Donald D. Schwartz | FILED NOV 5 2007 NOV - 5 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM ARNOLD AND KADJAN | |
| STREET ADDRESS 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03124459 | TELEPHONE NUMBER (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |