AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,
Plaintiffs,

V.

WORLD CLASS GLASS CO., an Illinois corporation, and RICHARD MORRISON, Individually

Defendant.

CASE NUMBER:

**07CV6249
JUDGE BUCKLO
MAG. JUDGE ASHMAN**

TO: (Name and address of Defendant)
WORLD CLASS GLASS CO.
C/O ITS REGISTERED AGENT, DAVID L. WAGGONER
FOUR N. WALKUP AVENUE
CRYSTAL LAKE, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Ross B. Mantell
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV - 5 2007
DATE

Nov 26 2007 3:20PM    HP LASERJET FAX    p.5
Case 1:07-cv-06249    Document 6    Filed 11/27/2007    Page 2 of 2
AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/16/07 @ 2:45 pm |
| NAME OF SERVER (PRINT) JOHN MARZEC | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Served World Class Glass, Co. c/o Reg Agent David Waggoner at law office: Four N. Walkup Ave Crystal Lake IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: (w/m 50 brown hair)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07
             Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR, STE200
PARK RIDGE  IL  60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.