

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6249 |
|---|---|
| Trustees of the Glaziers, Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension funds, | |
| Plaintiff, | Judge Bucklo |
| V. | |
| World Class Glass Co., an Illinois Corporation and Richard Morrison, individually | |
| Defendants, | Magistrate Judge Ashman |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

**FILED FEB 1 1 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

| NAME (Type or print) |
|---|
| SHANE LUEDKE |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286752 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐