UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Glaziers, Architectural Metal and Glass Workers Local
Union No. 27 Welfare and Pension Funds

                                                                                    Plaintiff,

v.                                                                                    Case No.:
                                                                                 1:07−cv−06249

                                                                                 Honorable Elaine E.
                                                                                  Bucklo

World Class Glass Co., et al.

                                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Prove−up hearing held on 4/30/2008 and continued to 7/2/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.