# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

April 29, 2008

Board of Trustees of the Various
Fringe Benefit Funds of the
Glazier Local #27

RE:  World Class Glass (447)

We have performed a revised 4/29/08 fringe benefit contribution compliance audit of World Class Glass, for the period from September 14, 2006 through November 30, 2007. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursements records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| PENSION | $ 904.00 |
| WELFARE | 1,134.40 |
| APPR | 110.40 |
| S.T.A.R. | 8.00 |
| SAFETY | 6.40 |
| L.P.C. | 8.00 |
| DUES | 112.00 |
| Sub Total | $ 2,283.20 |
| 15% Liq. Damages | $ 342.48 |
| Sub Total | $ 2,625.68 |
| Audit Cost (2/20/08) | $ 680.00 |
| TOTAL | $ 3,305.68 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT A

4/29/2008

# GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION #27
## WORLD CLASS GLASS #447
### ADDITIONAL HOURS & EARNINGS 1/07 - 12/07

**YEAR: 2007**

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MORRISON, RICH | # | Hours | - | - | - | - | - | - | - | - | 160.00 | - | - | - | 160.00 |
| 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 | | Gross $ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 5,600.00 | $ - | $ - | $ - | $ 5,600.00 |

| | | |
|---|---|---|
| TOTAL HOURS | | 160.00 |
| TOTAL GROSS $ | | $ 5,600.00 |

**Amount Due To Funds:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 904.00 | $ - | $ - | $ - | $ 904.00 |
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,134.40 | $ - | $ - | $ - | $ 1,134.40 |
| APPR | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 110.40 | $ - | $ - | $ - | $ 110.40 |
| S.T.A.R. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8.00 | $ - | $ - | $ - | $ 8.00 |
| SAFETY | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6.40 | $ - | $ - | $ - | $ 6.40 |
| L.P.C. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8.00 | $ - | $ - | $ - | $ 8.00 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 112.00 | $ - | $ - | $ - | $ 112.00 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,283.20 | $ - | $ - | $ - | $ 2,283.20 |

**Rates:** 6/1/07 to 5/31/08

| | | | | |
|---|---|---|---|---|
| PENSION | 5.65 | SAFETY | 0.04 | |
| WELFARE | 7.09 | L.P.C. | 0.05 | |
| APPR | 0.69 | DUES | 2.00% | |
| S.T.A.R. | 0.05 | | | |

4/29/2008

# GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION #27

## WORLD CLASS GLASS    #447

RICHARD J. WOLF AND COMPANY, INC.

### SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---:|---:|---:|
| PENSION | $ 904.00 | $ - | $ 904.00 |
| WELFARE | $ 1,134.40 | $ - | $ 1,134.40 |
| APPR | $ 110.40 | $ - | $ 110.40 |
| S.T.A.R. | $ 8.00 | $ - | $ 8.00 |
| SAFETY | $ 6.40 | $ - | $ 6.40 |
| L.P.C. | $ 8.00 | $ - | $ 8.00 |
| DUES | $ 112.00 | $ - | $ 112.00 |
| TOTAL | $ 2,283.20 | $ - | $ 2,283.20 |

4/29/2008

# GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION #27

## WORLD CLASS GLASS  #447

RICHARD J. WOLF AND COMPANY, INC.

**\*\* GRAND TOTAL \*\***

| | | |
|---|---|---:|
| PENSION | $ | 904.00 |
| WELFARE | $ | 1,134.40 |
| APPR | $ | 110.40 |
| S.T.A.R. | $ | 8.00 |
| SAFETY | $ | 6.40 |
| L.P.C. | $ | 8.00 |
| DUES | $ | 112.00 |
| TOTAL | $ | 2,283.20 |