## INSTALLMENT NOTE

$15,500.00                                               June 14, 2007

For Value Received, the undersigned promises to pay to the order of _____
GLAZIERS LOCAL 27 FRINGE BENEFIT FUNDS _____ the principal sum of
FIFTEEN THOUSAND FIVE HUNDRED AND 00/100 ($15,500.00) _____ Dollars

Payable in installments as follows:

SEVEN HUNDRED AND 00/100 ($700.00) _____ Dollars
on the __1ST__ day of __JULY__ 2007
SEVEN HUNDRED AND 00/100 ($700.00) _____ Dollars
on the __1ST__ day of each month beginning on the __1ST__ day of __AUGUST__ 2007
for __19__ month(s) succeeding, and a final payment of
EIGHT HUNDRED AND 00/100 ($800.00) _____ Dollars
on the __1ST__ day of __APRIL 2009__ with interest on the balance of principal remaining from time to time unpaid at the rate of
__0%__ per cent per annum, payable on the due dates for installments of principal as aforesaid.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of __18__ per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958** or such other place as the legal holder hereof may from time to time in writing appoint.

The payment of this Note is secured by a Security Agreement in the nature of a chattel mortgage, bearing even date herewith, from the undersigned to _____
on personal property _____
_____
in the County of _____, Illinois. The undersigned's residence (chief place of business) is at _____
_____, Illinois.

At the election of the payee or legal holder hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become at once due and payable at the place of payment aforesaid in case of default in the payment, when due, of any installment of principal or interest, or any portion thereof, in accordance with the terms hereof or in case of default as defined in said Security Agreement. In the event of default, the payee or legal holder hereof shall be entitled to reasonable costs of collection, including reasonable attorney's fees.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

RESOLUTION OF REPORTS JANUARY 2007 THROUGH APRIL 2007

_____
RICHARD MORRISON, INDIVIDUALLY

WORLD CLASS GLASS CO.
4909 Fountain Lane
McHenry, IL 60050
815-236-0429 (phone)
815-385-9927 (fax)

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145.

CAUTION:   Consult a lawyer before using or acting under this form. *All warranties, including merchantability and fitness, are excluded.*



EXHIBIT B