**World Class Glass Co.**        5133-182      Glaziers Local 27
**4909 Fountain Lane**
**McHenry, IL 60050**                            Donald D. Schwartz
**Telephone No. 815-236-0429**
**Contact: Richard Morrison**

Owe: Principal $15,500.00  Interest $0.00  Total Due $15,500.00
For: resolution of reports 1-07 through 4-07

$15,500.00

| DUE DATE | AMT. DUE | DATE REC. | AMT REC'D | CHECK # | | BALANCE |
|---|---|---|---|---|---|---|
| 7/1/07 | $700.00 | 7/12/07 | 700.00 | 5577 | B | $14,800.00 |
| 8/1/07 | $700.00 | 8/15/07 | 700.00 | 1121 | B | 14,100.00 |
| 9/1/07 | $700.00 | 9/5/07 | 700.00 | 1125 | B | 13,400.00 |
| 10/1/07 | $700.00 | | | | | 12,000.00 |
| 11/1/07 | $700.00 | 11/1/07 | 1,400.00 | 1142 | | 12,000.00 |
| 12/1/07 | $700.00 | 12/4/07 | 700.00 | 1150 | | 11,300.00 |
| 1/1/08 | $700.00 | 1/14/08 | 700.00 | 1806 | | 10,600.00 |
| 2/1/08 | $700.00 | 2/4/08 | 700.00 | 1808 | | 9,900.00 |
| 3/1/08 | $700.00 | 11/19/07 | 4,040.20 | 145 | | 5,859.80 |
| 4/1/08 | $700.00 | | | | | 5,859.80 |
| 5/1/08 | $700.00 | | | | | 5,859.80 |
| 6/1/08 | $700.00 | | | | | 5,859.80 |
| 7/1/08 | $700.00 | | | | | 5,859.80 |
| 8/1/08 | $700.00 | | | | | 5,859.80 |
| 9/1/08 | $700.00 | | | | | 5,859.80 |
| 10/1/08 | $700.00 | | | | | 5,859.80 |
| 11/1/08 | $700.00 | | | | | 5,859.80 |
| 12/1/08 | $700.00 | | | | | 5,859.80 |


EXHIBIT C