IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>v.<br><br>WORLD CLASS GLASS CO., an Illinois corporation; and RICHARD MORRISON, individually<br><br>          Defendant. | Case No. 07-cv-6429<br><br>Judge Bucklo<br><br>Magistrate Judge Ashman |

## AFFIDAVIT

I Olga Kane, being first duly sworn on oath, depose and state as follows:

1. I am employed at the law firm of Arnold and Kadjan

2. One of my duties is to monitor all contractors paying delinquent fringe benefits on Installment programs.

3. This process includes receiving and accounting for all note payments thereon and computing a running tally of remaining balances for each contractor.

4. Per terms of an Installment Note, attached hereto as Exhibit "B", Defendants, World Class Glass Co. and Richard Morrison were due to start and did make payments on July 1, 2007 and were due to continue to pay on the first of every month thereafter until December 1, 2008.

5. A copy of the ledger for the Installment Note that Richard Morrison and World Class Glass signed has been making payments pursuant to is attached hereto as Exhibit "C".

6. As of today, we have not received payments due for on April 1, 2008; May 1, 2008; and June 1, 2008. As such, the Defendants are currently in default per the terms of the

EXHIBIT D

Installment Note.

7. The amount still due according to the ledger balance is $5,859.80.

8. Affiant is currently not suffering from any infirmities and is competent to testify to the facts set forth herein.

AFFIANT FURTHER SAYETH NAUGHT.

*Olga Kane*
Olga Kane

**SUBSCRIBED AND SWORN TO**
before me this 11th day
of June 2008

*Dawn M DeWitt*
Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11