IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>v.<br><br>WORLD CLASS GLASS CO., an Illinois corporation; and RICHARD MORRISON, individually<br><br>          Defendant. | )<br>)<br>)<br>) Case No. 07-cv-6429<br>)<br>) Judge Bucklo<br>)<br>) Magistrate Judge Ashman<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Shane Luedke, upon being first duly sworn, on oath deposes and states:

1. Affiant is the associate in the Law Firm Arnold & Kadjan handling this case.

2. Our firm has spent 39.85 hours in litigation in this matter.

3. Our normal rate is $260.00 per hour.

4. Our firm charged the Bricklayers Local #56 Funds $10,361.00 in this matter.

5. Our firm charged $350.00 for court filing fee and $185.00 in service fees.

6. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing

FURTHER AFFIANT SAYETH NOT.

                                                SHANE LUEDKE

SUBSCRIBED AND SWORN to before me this ___11th___ day of June 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11


EXHIBIT E