IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, <br><br>  Plaintiffs, <br><br> v. <br><br> WORLD CLASS GLASS CO., an Illinois corporation; and RICHARD MORRISON, individually <br><br> Defendant. | ) ) ) ) Case No. 07-cv-6429 ) ) Judge Bucklo ) ) Magistrate Judge Ashman ) ) ) ) |

## AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1. Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2. Our firm completed a compliance audit for the Trustees of the Glaziers Local 27 Welfare and Pension Funds on WORLD CLASS GLASS CO. for the period September 14, 2006 through November 30, 2007.

3. The audit report found arrears owing to the Trustees of the Glaziers Local 27 Welfare and Pension Funds, in the amount of $2,283.20 benefits, $342.48 liquidated damages and $680.00 audit costs.

4. The total due the Plaintiffs under the audit including arrears, audit costs, and liquidated damages of 15 percent, but excluding attorney's fees and court costs is $3,305.68 for Glaziers Local 27 Welfare and Pension Funds

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.



_____
Richard J. Wolf

SUBSCRIBED AND SWORN to
before me this ___10th___ day
of June 2008.

_____
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09