IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>v.<br><br>WORLD CLASS GLASS CO., an Illinois corporation; and RICHARD MORRISON, individually<br><br>          Defendant. | )<br>)<br>)<br>) Case No. 07-cv-6429<br>)<br>) Judge Bucklo<br>)<br>) Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>) |

## ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default and Judgment Sum Certain against Defendant; the Court finds as follows:

1. The Complaint was filed herein on November 6, 2007.

2. Process has been served upon Defendants, Defendants, World Class Glass Co., an Illinois corporation and Richard Morrison, individually.

3. Defendants have filed no answer or other pleadings within the time provided by law.

4. Defendants are in default on their installment note with the Plaintiffs resulting in the full balance of $5,859.80 being owed to the Plaintiffs.

5. Defendant, World Class Glass, Co. is liable to the Plaintiffs for the amount shown on the compliance audit, which is $3,305.68.

5. Plaintiffs have expended $10,896.00 in legal fees and cost in pursuit of the installment note delinquency.

**IT IS HEREBY ORDERED**:

1. Defendants are hereby defaulted and Judgment as to liability is entered against them and in favor of Plaintiffs.

2. Judgment is rendered against Defendant World Class Glass Co., an Illinois corporation, in the amount of $3,305.68 shown on the audit as delinquent contributions to the Plaintiffs.

3. Judgment is rendered against World Class Glass Co., an Illinois corporation and Richard Morrison, individually, in the amount of $5,859.80 to the Plaintiffs for the delinquent installment note.

4. Judgment is rendered against Defendants, World Class Glass Co., an Illinois corporation and Richard Morrison, individually, in the amount of $10,896.00 to the Plaintiffs for the legal fees, and costs expended in pursuit of this action.

This Order is final and appealable.

DATED:_____

ENTER:_____
**HONORABLE JUDGE BUCKLO**

DONALD D. SCHWARTZ
SHANE LUEDKE
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415