IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD CLASS GLASS CO., an Illinois corporation; and RICHARD MORRISON, Individually,<br><br>    Defendant. | ) <br>) <br>) <br>) Case No. 07-cv-6429 <br>) <br>) Judge Bucklo <br>) <br>) Magistrate Judge Ashman <br>) <br>) <br>) <br>) |

## NOTICE OF MOTION

**TO:**  Richard Morrison
Individually and as Corporate Officer for World Class Glass
4909 Fountain Lane            and 2009 Ringwood Rd
McHenry, IL 60050            McHenry, IL 60050

**PLEASE TAKE NOTICE** that on **July 3, 2008**, at **9:30 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Bucklo, Room 1441** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

TRUSTEES OF THE GLAZIERS,
ARCHITECTURAL METAL AND GLASS
WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS

By: s/ Shane Luedke
    Counsel for Plaintiffs

Donald D. Schwartz
Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned addresses and by fax, email and by depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 11th day of June 2008, at or before the hour of 5:00 p.m.

Richard Morrison
individually and as Corporate Officer for World Class Glass
4909 Fountain Lane          and 2009 Ringwood Rd
McHenry, IL 60050           McHenry, IL 60050

s/Shane Luedke
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: June 11, 2008