UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Glaziers, Architectural Metal and Glass Workers Local
Union No. 27 Welfare and Pension Funds

          Plaintiff,

v.      Case No.: 1:07−cv−06249

     Honorable Elaine E. Bucklo

World Class Glass Co., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

     MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiffs' motion for order [14] of default and judgment in sum certain heard on 7/2/08 and the motion is granted. Prove−up hearing held. Judgment in the total amount of $20,061.48 is entered in favor of plaintiffs and against defendants as detailed in the Order entered this day. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.