**United States District Court for the Northern District of Illinois**
Revised 03/11/2008

Case Number: 07C6249    Assigned/Issued By: NSJ

Judge Name: _____    Designated Magistrate Judge: _____

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☒ $5.00
                 ☐ IFP       ☐ No Fee   ☐ Other _____
                 ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☐ Summons                               ☐ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☒ Citation to Discover Assets           *(Victim, Against and $ Amount)*
☐ Writ _____                  ☐ Other
   *(Type of Writ)*                     _____
                                        *(Type of issuance)*

1 Original and 1 copies on 8/7/8 as to Richard Morrison
                        *(Date)*