IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, ) ) ) ) ) ) | No. 07 C 6249 |
| Plaintiffs, ) ) | Judge Bucklo |
| v. ) ) | Magistrate Judge Ashman |
| WORLD CLASS GLASS CO., an Illinois Corporation and RICHARD MORRISON, Individually, ) ) ) ) ) | |
| Defendant. ) | |

## CITATION NOTICE

Judgment Debtor's
Last known Address:

Judgment Creditor/
Creditor's Attorney:

Name: World Class Glass Co.

Address: 4909 Fountain Lane
City: McHenry, IL 60050
Phone:

**ARNOLD and KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, Illinois 60604
312-236-0415

Judgment in the amount of **$20,061.48** for GLAZIERS LOCAL UNION NO. 27 a labor organization. Of that amount, **$20,061.48** for GLAZIERS LOCAL UNION NO. 27 a labor organization remains unpaid.

Name of person receiving Citation: Richard Morrison, 4909 Fountain Lane, McHenry, IL 60050.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before the **Honorable Judge Bucklo on August 27, 2008** at **9:30 a.m., Room 1441** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

4

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the Debtor include the Debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the Debtor;

(2) Social Security and SSI benefits;

(3) Public assistance benefits;

(4) Unemployment compensation benefits;

(5) Worker's compensation benefits;

(6) Veteran's benefits;

(7) Circuit breaker property tax relief benefits;

(8) The Debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the Debtor.

(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment;

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount of which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wages;

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage;

(12) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

5

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

Mailed to above judgment debtor:

Dated: _____, 2008


Process Server


_____

6